**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

IN RE: **ALIDA BANKSTON**

Case Number: 11-63541 MBM
Chapter 13
Judge MCIVOR

Debtor.

_____________________________

ACCLAIM LEGAL SERVICES, P.L.L.C.
8900 E. 13 Mile Rd.
Warren, MI 48093
(248) 443-7033
_____________________________/

**MOTION FOR COURT APPROVAL OF PERMANENT LOAN MODIFICATION WITH MIDLAND MORTGAGE A DIVISION OF MIDFIRST BANK**

NOW COMES Debtor, by and through Counsel, Acclaim Legal Services, PLLC, and in support of the Motion, states as follows:

1. Debtor filed a Voluntary Chapter 13 petition with this court on September 1, 2011.

2. The Chapter 13 Plan was confirmed on February 28, 2012 with Creditor to be paid directly by the Debtor.

3. Debtor has been offered and wishes to enter into a permanent loan modification with the first lien holder for the property at 43240 Pendleton Circle 67, Sterling Heights, MI 48313. The mortgage company and first lien holder is Midland Mortgage, a Division of MidFirst Bank (hereinafter referred to as "Creditor").

4. The interest rate pursuant to the modified loan will be 3.750%.

5. The principal balance after the modification will be $166,372.22 ("Total Principal Balance").

6. The maturity date of the modified loan will be October 1, 2046.

7. The modification effective date is November 1, 2016.

8. The monthly mortgage payment will be $770.50 per month for principal and interest and $185.50 per month for the tax and/or insurance escrow (subject to change) for a total monthly payment of $956.00 per month (subject to change based on escrow change).

9. Creditor shall be responsible for filing the appropriate notice of mortgage payment change resulting from this modification and file such notice consistent with the requirements of FRBP 3002.1, if applicable.

**WHEREFORE,** Debtor prays this Honorable Court grant Debtor's Motion and enter an Order consistent with the attached proposed order.

Dated: November 15, 2016

/s/ Christopher W. Jones

Christopher W. Jones (P67955)
Acclaim Legal Services, PLLC
8900 E. 13 Mile Rd.
Warren, MI 48093
248-443-7033
filing@acclaimlegalservices.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

IN RE: **ALIDA BANKSTON**

Case Number: 11-63541 MBM
Chapter 13
Judge MCIVOR

Debtor.

______________________________
ACCLAIM LEGAL SERVICES, P.L.L.C.
8900 E. 13 Mile Rd.
Warren, MI 48093
(248) 443-7033
______________________________/

**PROPOSED ORDER GRANTING MOTION FOR COURT APPROVAL OF PERMANENT LOAN MODIFICATION WITH MIDLAND MORTGAGE A DIVISION OF MIDFIRST BANK**

This matter having come before the Court based on the Debtor's motion, no responses having been filed and a certificate of no response was filed and the Court being otherwise fully advised on the premises;

**IT IS HEREBY ORDERED**:

1. Debtor's Permanent Loan Modification with Creditor is approved as follows:
    a. Effective November 1, 2016, the outstanding principal balance under the Mortgage Loan is $166,372.22.
    b. The maturity date of the Mortgage Loan is October 1, 2046.
    c. The interest rate on the outstanding balance is 3.750% per annum. This rate is fixed for the remainder of the loan term.
    d. Effective November 1, 2016, Debtor's ongoing mortgage payment shall be $956.00 per month, which includes Principal and Interest plus escrow amounts for property taxes and/or insurance escrow. The payment amount shall be subject to future adjustments for changes in insurance and taxes as provided for in the mortgage and consistent with the requirements of applicable Federal and State Law.
    e. The property securing this mortgage is located at 43240 Pendleton Circle 67, Sterling Heights, MI 48313.

2. Creditor shall file the appropriate notice required pursuant to FRBP 3002.1.

3. Debtor shall make payments directly to Creditor, consistent with the terms of Debtor's confirmed plan.

4. Upon the conclusion of Debtor's Chapter 13 case, whether by discharge, conversion, dismissal or otherwise, Debtor shall be responsible for making all future payment pursuant to the terms of the Mortgage Loan documents.

5. The Mortgage Loan shall be deemed contractually current as of November 1, 2016 with the first post-modification payment being due on November 1, 2016.

6. Except as modified in this Order, the terms and conditions of the Loan and Mortgage documents between Debtor and Creditor shall remain in full force and effect.

7. Entry of this Order is without prejudice to debtor filing any further plan modification that debtor deems appropriate.

EXHIBIT 1

B20 (Official Form 20A) (Notice of Motion or Objection) (12/10)

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

IN RE: **ALIDA BANKSTON**

Debtor.

Case Number: 11-63541 MBM
Chapter 13
Judge MCIVOR

______________________________
ACCLAIM LEGAL SERVICES, P.L.L.C.
8900 E. 13 Mile Rd.
Warren, MI 48093
(248) 443-7033
______________________________/

# NOTICE OF MOTION FOR COURT APPROVAL OF PERMANENT LOAN MODIFICATION WITH MIDLAND MORTGAGE A DIVISION OF MIDFIRST BANK

Debtor has filed papers with the court to approve a permanent loan modification.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this Bankruptcy case. (If you do not have an attorney, you may wish to consult one).

If you do not want the court to grant the requested relief, or if you want the court to consider your views on the requested relief, within 14 days you or your attorney must:

1. File with the court a written response or an answer, explaining your position at:
**United States Bankruptcy Court, 211 West Fort Street, Detroit, Michigan 48227**

If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

You must also mail a copy to:
**William D. Johnson, Acclaim Legal Services, 8900 E. 13 Mile Road, Warren, MI 48084**

**David Ruskin, Standing Chapter 13 Trustee, 1100 Travelers Tower, 27555 Evergreen Road, Southfield, MI 48076**

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in motion or objection and may enter an order granting that relief.

Date: November 15, 2016

/s/ Christopher W. Jones
Christopher W. Jones (P67955)
Acclaim Legal Services, PLLC
8900 E. 13 Mile Road
Warren, MI 48093
248-443-7033
filing@acclaimlegalservices.com

EXHIBIT 2

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

IN RE: **ALIDA BANKSTON**

Case Number: 11-63541 MBM
Chapter 13
Judge MCIVOR

Debtor.

_______________________________

ACCLAIM LEGAL SERVICES, P.L.L.C.
8900 E. 13 Mile Rd.
Warren, MI 48093
(248) 443-7033
______________________________/

## PROOF OF SERVICE

Cindy Millns, being sworn, deposes and says that on the November 15, 2016

she served, MOTION FOR COURT APPROVAL OF PERMANENT MORTGAGE LOAN MODIFICATION, in said case upon the following parties via electronic mail:

Trustee:
Chapter 13 Trustee – David Wm. Ruskin – Electronically

Midland Mortgage, A Division of MidFirst Bank
c/o Trott Law, PC - Electronically

/s/ Cindy Millns
**Cindy Millns**
Acclaim Legal Services, PLLC
8900 E. 13 Mile Rd.
Warren, MI 48093
248-443-7033
filing@acclaimlegalservices.com

EXHIBIT 3